UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61393-CIV-DIMITROULEAS

GIANNI VERSACE, S.R.L, *et al.*,

    Plaintiffs,

vs.

1101397627, *et al.*,

    Defendants.

_____/

**FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

THIS CAUSE is before the Court upon Plaintiffs' Motion for Entry of Final Default Judgment Against Defendants (the "Motion") [DE 13], filed herein on October 31, 2023. The Court granted the Motion in an Order entered separately today.  Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, it is **ORDERED AND ADJUDGED** that Final Default Judgment is hereby entered in favor of Plaintiffs, Gianni Versace, S.r.l. ("Versace"), J.Choo Limited ("Jimmy Choo"), and Michael Kors, L.L.C. ("Michael Kors") (collectively "Plaintiffs"), and against Defendants, the Individuals, Business Entities, and Unincorporated Associations identified on Schedule "A" hereto (collectively "Defendants" and/or "Store IDs") as follows:

(1)    Permanent Injunctive Relief:

Defendants and their officers, directors, agents, representatives, servants, employees, subsidiaries, distributors, and all persons acting in concert and participation with Defendants are hereby permanently restrained and enjoined from:

    a.    manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing

        goods bearing and/or using Plaintiffs' trademarks, or any confusingly similar trademarks and/or using Plaintiffs' copyrighted work or any derivative works thereof, identified on Schedules "B," "C," and "D" respectively, of the Complaint ("Plaintiffs' Marks");

b. using the Plaintiffs' Marks in connection with the sale of any unauthorized goods;

c. using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiffs;

d. falsely representing themselves as being connected with Plaintiffs, through sponsorship or association;

e. engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants are in any way endorsed by, approved by, and/or associated with Plaintiffs;

f. using any reproduction, counterfeit, copy, or colorable imitation of the Plaintiffs' Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants;

g. affixing, applying, annexing, or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendants as being those of Plaintiffs or in any way endorsed by Plaintiffs and from offering such goods in commerce;

h. otherwise unfairly competing with Plaintiffs;

i. using the Plaintiffs' Marks, or any confusingly similar trademarks on e-commerce marketplace websites, within domain name extensions, metatags, or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which are visible to a computer user or serves to direct computer searches to Internet based e-commerce stores, websites, or businesses registered by, owned, or operated by Defendants including the Internet based e-commerce stores operating under the store identification numbers identified on Schedule "A" (the "Store IDs"); and

j. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

(2) Additional Equitable Relief:

a. Pursuant to 28 U.S.C. section 1651(a), The All Writs Act, and the Court's inherent authority, Defendants and all third parties with actual notice of this Order are enjoined from participating in, including providing financial services, technical services or other support to, Defendants in connection with the sale and distribution of non-genuine goods bearing and/or using counterfeits of the Plaintiffs' Marks.

b. Pursuant to 28 U.S.C. § 1651(a), The All Writs Act, and the Court's inherent authority, Plaintiffs are authorized to serve this Order on any e-mail service provider with a request that the service provider permanently suspend the e-mail addresses which are or have been used by Defendants in connection with Defendants' promotion, offering for sale, and/or sale of goods bearing and/or using counterfeits and/or infringements of the Plaintiffs' Marks.

c. The Defendants are hereby ordered to, within five (5) days from receipt of a copy of this Order, request in writing permanent termination of any Store IDs, usernames, and social media accounts they own, operate, or control on any e-commerce or social media platform.

d. Pursuant to 28 U.S.C. § 1651(a), The All Writs Act, and this Court's inherent authority that, upon Plaintiffs' request, the applicable administrators for the Store IDs which are provided with notice of this Order, disable and/or cease facilitating access to the Store IDs and any other alias e-commerce stores, usernames, store identification numbers, seller identification names, social media accounts, and private messaging accounts, being used and/or controlled by Defendants which have been used in connection with marketing, offering to sell, and/or selling goods bearing and/or using counterfeits and infringements of the Plaintiffs' Marks.

e. Pursuant to 28 U.S.C. § 1651(a), The All Writs Act, and the Court's inherent authority that, upon Plaintiffs' request, any administrators for the Store IDs which are provided with notice of this Order, identify any e-mail address known to be associated with Defendants' respective Store IDs.

f. Pursuant to 28 U.S.C. § 1651(a), The All Writs Act, and this Court's inherent authority that, upon Plaintiffs' request, any marketplace administrator which is provided with a copy of this Order, permanently remove any and all listings and associated images of goods bearing and/or using counterfeits and/or infringements of the Plaintiffs' Marks via the e-commerce stores operating under the Store IDs, including but not limited to the listings and associated images identified by the infringing product numbers on Schedule "A" hereto, and upon Plaintiffs' request, any other listings and images of goods bearing and/or using counterfeits and/or infringements of the Plaintiffs' Marks associated with or linked to the same sellers or linked to any other alias e-commerce stores, usernames, store identification numbers, seller identification names being used and/or controlled by Defendants to promote, offer for sale and/or sell goods

3

    bearing and/or using counterfeits and/or infringements of the Plaintiffs' Marks.

   g. Pursuant to 15 U.S.C. § 1116, 28 U.S.C. § 1651(a), The All Writs Act, Federal Rule of Civil Procedure 65, and this Court's inherent authority that, upon Plaintiffs' request, Defendants and any marketplace administrator which is provided with a copy of this Order, immediately cease fulfillment of and sequester all goods of each Defendant bearing one or more of the Plaintiffs' Marks in its inventory, possession, custody, or control, and surrender those goods to Plaintiffs.

(3) Statutory damages in favor of Plaintiffs pursuant to 15 U.S.C. § 1117(c):

   a. Award Plaintiffs damages of $1,000,000.00 against each Defendant, for which let execution issue, based upon the Court's finding that each Defendant infringed at least one trademark on one type of good. The Court considered both the willfulness of Defendants' conduct and the deterrent value of the award imposed, and the award falls within the permissible statutory range of 15 U.S.C. § 1117(c).

   b. Pursuant to 15 U.S.C. § 1116, 28 U.S.C. § 1651(a), The All Writs Act, Federal Rule of Civil Procedure 65, and the Court's inherent authority that, upon Plaintiffs' request, Defendants and any financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, and their related companies and affiliates, identify, restrain, and surrender to Plaintiffs all funds, up to and including the total amount of judgment, in all financial accounts and/or sub-accounts used in connection with the Store IDs including all related e-commerce stores, store identification numbers, seller identification names, or usernames used by Defendants presently or in the future, as well as any other related Store IDs and accounts of the same customer(s), and any other accounts which transfer funds into the same financial institution account(s), and remain restrained until such funds are surrendered to Plaintiffs in partial satisfaction of the monetary judgment entered herein.

   c. Defendants, upon Plaintiffs' request, immediately pay the cost necessary to correct any erroneous impression the consuming public may have received or derived concerning the nature, characteristics, or qualities of Defendants' products, including without limitation, the placement of corrective advertising and providing written notice to the public.
.

(4) Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

(5) The Court retains jurisdiction to enforce this Judgment and permanent injunction.

(6) Plaintiffs are ordered to serve a copy of this Order upon Defendants by providing the address to Plaintiffs' designated serving notice website to Defendants via the known electronic messaging accounts via AliExpress' or DHgate.com's messaging service, or via the data related to the respective e-commerce stores, including customer service e-mail addresses and/or onsite contact forms, or via the e-commerce marketplace website e-mail for each of the e-commerce stores, and by website posting by posting copies of the same on Plaintiffs' serving notice website appearing at the URL http://servingnotice.com/kZ0Rzs/index.html.

(7) The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of November 2023.

*[Signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record

## SCHEDULE "A"
## DEFENDANTS BY NUMBER, ALIEXPRESS.COM AND DHGATE.COM STORE ID, AND INFRINGING PRODUCT NUMBER

| Def. No. | Defendant/Store ID | Platform | Infringing Product Number |
|---|---|---|---|
| 1 | 1101397627 | AliExpress | 3256804147507385 |
| 2 | 1102088234 | AliExpress | 3256804627788177 |
| 3 | 1101998100 | AliExpress | 3256804173600955 |
| 4 | 1101695001 | AliExpress | 3256803223284125 |
| 5 | 1102129372 | AliExpress | 3256804648361670 |
| 6 | 1101805401 | AliExpress | 3256804218039454 |
| 7 | 1101851796 | AliExpress | 3256804125353350 |
| 8 | 21815414 | DHGate | 792178387 |
| 9 | 20242229 | DHGate | 413125403 |
| 10 | 21790121 | DHGate | 774978083 |
| 11 | 21800753 | DHGate | 773833479 |
| 12 | 21769100 | DHGate | 757380850 |
| 13 | 21478096 | DHGate | 737512256 |
| 14 | 21690794 | DHGate | 749414494 |
| 15 | 21442988 | DHGate | 775027084 |
| 16 | 21541367 | DHGate | 791213533 |
| 17 | 21680701 | DHGate | 775190119 |
| 18 | 21690797 | DHGate | 749414523 |
| 19 | 21182694 | DHGate | 819342639 |
| 20 | 21058145 | DHGate | 716965647 |
| 21 | 21807646 | DHGate | 786472735 |
| 22 | 21437284 | DHGate | 789128928 |
| 23 | 21546113 | DHGate | 814782275 |
| 24 | 21275000 | DHGate | 703279011 |
| 25 | 21850176 | DHGate | 822218011 |
| 26 | 21749502 | DHGate | 762507541 |
| 27 | 21792989 | DHGate | 768091725 |
| 28 | 21793042 | DHGate | 775733274 |
| 29 | 21181668 | DHGate | 806678090 |
| 30 | 20953880 | DHGate | 426104143 |
| 31 | 21800928 | DHGate | 789423852 |
| 32 | 21800038 | DHGate | 775518475 |
| 33 | 21669850 | DHGate | 786780493 |
| 34 | 21153316 | DHGate | 486614542 |
| 35 | 21748675 | DHGate | 801309225 |
| 36 | 21818697 | DHGate | 793178600 |
| 37 | 20434330 | DHGate | 786843528 |

| Def. No. | Defendant/Store ID | Platform | Infringing Product Number |
|---|---|---|---|
| 38 | 20702866 | DHGate | 586696034 |
| 39 | 21699484 | DHGate | 735253180 |
| 40 | 21778305 | DHGate | 765323479 |
| 41 | 21750187 | DHGate | 800140083 |
| 42 | 21750189 | DHGate | 800150064 |
| 43 | 21763048 | DHGate | 785171009 |
| 44 | 21134007 | DHGate | 744598881 |
| 45 | 21702239 | DHGate | 791049917 |
| 46 | 21443322 | DHGate | 778797251 |
| 47 | 21183233 | DHGate | 806168758 |
| 48 | 21667897 | DHGate | 809388583 |
| 49 | 21105650 | DHGate | 734658797 |
| 50 | 21227644 | DHGate | 726332943 |
| 51 | 21228831 | DHGate | 726341924 |
| 52 | 21814734 | DHGate | 788246336 |
| 53 | 13827959 | DHGate | 465139554 |
| 54 | 21655026 | DHGate | 811328681 |
| 55 | 21690784 | DHGate | 749646184 |
| 56 | 21669025 | DHGate | 749414480 |
| 57 | 21014822 | DHGate | 414734419 |
| 58 | 21705321 | DHGate | 789678897 |
| 59 | 21679711 | DHGate | 721932146 |
| 60 | 20486605 | DHGate | 465031211 |
| 61 | 21658917 | DHGate | 687412601 |
| 62 | 21843276 | DHGate | 812076421 |
| 63 | 21628702 | DHGate | 746583650 |
| 64 | 21822094 | DHGate | 817348385 |
| 65 | 21185780 | DHGate | 628488237 |
| 66 | 21111092 | DHGate | 786807859 |
| 67 | 21812486 | DHGate | 799003505 |
| 68 | 20255281 | DHGate | 473452022 |
| 69 | 21819077 | DHGate | 821186577 |
| 70 | 21461188 | DHGate | 810360041 |
| 71 | 21514959 | DHGate | 807188867 |
| 72 | 21819597 | DHGate | 819310194 |
| 73 | 21761514 | DHGate | 775715213 |
| 74 | 21403026 | DHGate | 804864146 |
| 75 | 21745026 | DHGate | 797370674 |
| 76 | 21811874 | DHGate | 818824489 |
| 77 | 21704224 | DHGate | 800868701 |
| 78 | 21708340 | DHGate | 779342487 |

| Def. No. | Defendant/Store ID | Platform | Infringing Product Number |
|---|---|---|---|
| 79 | 20940038 | DHGate | 486615971 |
| 80 | 20652971 | DHGate | 712060061 |
| 81 | 20813764 | DHGate | 508338491 |
| 82 | 21800938 | DHGate | 790254810 |
| 83 | 21800925 | DHGate | 790234025 |
| 84 | 21127953 | DHGate | 796703741 |
| 85 | 14772552 | DHGate | 524868157 |
| 86 | 21801010 | DHGate | 790372703 |
| 87 | 21800950 | DHGate | 790293363 |
| 88 | 21214998 | DHGate | 805880043 |
| 89 | 21800976 | DHGate | 790350076 |
| 90 | 21514600 | DHGate | 805689541 |
| 91 | 20729850 | DHGate | 604488114 |
| 92 | 21800923 | DHGate | 789412016 |
| 93 | 21251250 | DHGate | 663036859 |
| 94 | 21815215 | DHGate | 787156446 |
| 95 | 20608876 | DHGate | 625908043 |
| 96 | 21704223 | DHGate | 787912167 |
| 97 | 21800979 | DHGate | 790361349 |
| 98 | 21759921 | DHGate | 782963617 |
| 99 | 21191605 | DHGate | 749646259 |
| 100 | 21790395 | DHGate | 774734115 |
| 101 | 21816773 | DHGate | 783423377 |
| 102 | 21669023 | DHGate | 749414548 |
| 103 | 21800968 | DHGate | 790320450 |
| 104 | 21756069 | DHGate | 762227741 |
| 105 | 21750780 | DHGate | 759472741 |
| 106 | 21632025 | DHGate | 742256363 |